Donald ROSENFELD and Lynne Rosenfeld, Appellants,

v.

Deborah J. BONISKE, Respondent.

No. ED 102398

Missouri Court of Appeals, Eastern District, *DIVISION FOUR.*

Filed: July 14, 2015

Robert E. Jones, 130 South Bemiston, Suite 200, Clayton, MO 63105, for appellants.

Ronald F. Borgmann, 7711 Bonhomme, Suite 850, Clayton, MO 63105, for respondent.

Before Patricia L. Cohen, P.J., Roy L. Richter, J., and Robert M. Clayton III, J.

### ORDER

PER CURIAM.

Plaintiffs Donald and Lynne Rosenfeld appeal the judgment of the Circuit Court of St. Louis County awarding defendant Deborah Boniske $68,105.94 in damages. The Rosenfelds contend that the trial court erred in: (1) finding that there was a valid contract between the parties; (2) finding the contract's sale contingency required the Rosenfelds to exercise reasonable efforts to sell their home; (3) finding the Rosenfelds did not exercise reasonable efforts to sell their home; and (4) awarding Ms. Boniske $68,105.94 in damages.

We have reviewed the briefs of the parties and the record on appeal and conclude that the trial court did not err. An extended opinion would have no precedential

value. We have, however, provided a memorandum opinion only for the use of the parties setting forth the reasons for our decision.

We affirm the judgment pursuant to Rule 84.16(b).